IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 21-50-GF-BMM-JTJ |
| Plaintiff, | FINDINGS AND RECOMMENDATIONS |
| v. | |
| EDWARD JAMES HOVEY, | |
| Defendant. | |

## I.    Synopsis

Defendant EDWARD JAMES HOVEY (Hovey) has been accused of violating the conditions of his supervised release. (Docs. 72 and 74). Hovey admitted some of the violations. Hovey's supervised release should be revoked.  Hovey should be sentenced to custody for 8 months, with 40 months of supervised release to follow.

### Status

On November 29, 2021, Hovey plead guilty to the offense of Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252(a)(5)(A), 2252A(b)(2) as charged in Count 1 of the Superseding Information. (Doc. 22)  Hovey was sentenced

to 38 months of custody, followed by 5 years of supervised release. (Doc. 39). Hovey's current term of supervised release began on April 3, 2025.

**Petition/Amended Petition**

On June 23, 2026, the United States Probation Office filed a Petition requesting that the Court revoke Hovey's supervised release. (Doc. 72). The Petition alleged Hovey violated the conditions of his supervised release by: (1) being in possession of an unauthorized cell phone with access to the internet on June 19, 2026; (2) being terminated from sex offender treatment on June 23, 2026;  (3) possessing or viewing sexually explicit materials on an unapproved cell phone during June of 2026; and (4) being terminated from the Billings Residential Reentry Center on June 23, 2026 due to multiple program violations.

On June 24, 2026, the United States Probation Office filed an Amended Petition. (Doc. 74).  The Amended Petition was filed to correct the special condition language in violation 4, which was inaccurately stated in the initial Petition.

**Initial Appearance**

Hovey appeared before the Court on July 1, 2026.  Hovey was represented by counsel.  Hovey stated that he had read the Amended Petition and that he understood the allegations against him.  Hovey waived his right to a preliminary hearing.  The parties consented to proceed with the revocation hearing before the undersigned.

**Revocation Hearing**

Hovey appeared before the Court on July 1, 2026. Hovey admitted that he had violated the conditions of supervised release as set forth as allegations 2 and 4 in the Amended Petition. The Government moved to dismiss allegations 1 and 3, which the Court granted. Hovey's admitted violations, 2 and 4, are serious and warrant revocation of Hovey's supervised release.

**Sentencing hearing**

Hovey appeared before the Court on July 1, 2026. Hovey's violations are Grade C. His criminal history category is I. Hovey's underlying offense is a Class C felony. Hovey could be incarcerated for up to 24 months. Hovey could be ordered to remain on supervised release for up to 48 months less any custody time imposed. The United States Sentencing Guidelines call for a term of custody of 3 to 9 months.

### III.    Analysis

Pursuant to 18 U.S.C § 3583(e)(3), Hovey's supervised release should be revoked. Hovey should be sentenced to custody for 8 months, with 40 months of supervised release to follow. This sentence is sufficient but not greater than necessary.

### IV.    Conclusion

The Court informed Hovey that the above sentence would be recommended to the Chief United States District Judge Brian Morris. The Court also informed

Hovey of his right to object to these Findings and Recommendations within 14 days of this issuance.  The Court explained to Hovey that Judge Morris would consider a timely objection before making a final determination on whether to revoke his supervised release and what, if any, sanction to impose.

The Court **FINDS**:

That EDWARD JAMES HOVEY has violated the conditions of his supervised release by: (2) being terminated from sex offender treatment on June 23, 2026; and (4) being terminated from the Billings Residential Reentry Center on June 23, 2026 due to multiple program violations.

The Court **RECOMMENDS**:

That the District Court revoke Hovey's supervised release and sentence Hovey to custody for 8 months, with 40 months of supervised release to follow.

## NOTICE OF RIGHT TO OBJECT TO FINDINGS AND RECOMMENDATIONS AND CONSEQUENCES OF FAILURE TO OBJECT

The parties may serve and file a written objections to the Findings and Recommendations within 14 days of their entry, as indicated on the Notice of Electronic Filing.  28 U.S.C. § 636(b)(1).  A United States district court judge will make a de novo determination regarding any portion of the Findings and Recommendations to which objection is made.  The district court judge may accept, reject, or modify, in whole or in part, the Findings and Recommendations.

Failure to timely file written objections may bar a de novo determination by the district court judge and may waive the right to appear and allocute before a district court judge.

DATED this 2nd day of July 2026.

John Johnston
United States Magistrate Judge