**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   vs.<br><br><br>EDWARD JAMES HOVEY,<br><br>        Defendant. | CR-21-50-GF-BMM-JTJ<br><br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on July 2, 2026. (Doc. 80.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted an initial appearance on July 1, 2026. (Doc. 76.) The United States accused Edward Hovey (Hovey) of violating the conditions of his supervised release by: (1) being in possession of an unauthorized cell phone with access to the internet on June 19, 2026; (2) being terminated from sex offender treatment on June 23, 2026; (3) possessing or viewing sexually explicit materials on an unapproved cell phone during June of 2026; and (4) being terminated from the Billings Residential Reentry Center on June 23, 2026 due to multiple program violations. On June 24, 2026, the United States Probation Office filed an Amended Petition. (Doc. 74). The Amended Petition was filed to correct the special condition language in violation 4, which was inaccurately stated in the initial Petition. (Docs. 72 and 74.)

At the revocation hearings Hovey admitted that he had violated conditions 2 and 4 of his supervised release as set forth in the Petition. The government moved to dismiss violations 1 and 3, which the Court granted. (Doc. 76.)

Judge Johnston found the violations Hovey admitted to be serious and warranted revocation. (Doc. 76.) Judge Johnston recommended a sentence of 8 months with 40 months of supervised release to follow.   (Doc. 80.)

The violations Hovey admitted prove serious and warrants revocation of his supervised release. The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 80) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Edward Hovey be sentenced for a term of custody of 8 months with 40 months supervised release to follow.

DATED this 21st day of July 2026.

_____

Brian Morris, Chief District Judge
United States District Courts